NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Thomas F. Landers [SBN 207335]
Leah S. Strickland [SBN 265724]
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
619.231.0303

ATTORNEY(S) FOR: Defendant Atlantic Credit & Finance, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Terry Perales

Plaintiff(s),

v.

Atlantic Credit & Finance, Inc.

Defendant(s)

CASE NUMBER:
2:16-cv-03437-DSF-AGR

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Atlantic Credit & Finance, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Atlantic Credit & Finance, Inc. | Defendant |
| Encore Capital Group, Inc. a publicly-held company which trades on NASDAQ under the Symbol "ECPG". | Encore Capital Group is the parent company of Atlantic Credit & Finance, Inc. |

June 6, 2016
Date

s/Thomas F. Landers
Signature
Thomas F. Landers

Attorney of record for (or name of party appearing in pro per):

Defendant Atlantic Credit & Finance, Inc.

