Rory C. Leisinger, Esq. (SBN: 277476)
Leisinger Law, LLP
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Email: rory@leisingerlaw.com
Attorneys for Plaintiff
TERRY PERALES

# UNITED STATES
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| TERRY PERALES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ATLANTIC CREDIT & FINANCE, INC.,<br><br>　　　　Defendant. | Case No.: 2:16-cv-03437-DSF<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that the Plaintiff TERRY PERALES by and through his attorneys, informs this Honorable Court that Plaintiff has settled his case with Defendant, ATLANTIC CREDIT & FINANCE, INC.  The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 30 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

//

1
2
3    Dated: December 21, 2016             Respectfully Submitted,
4                                         **LEISINGER LAW, LLP**
5
6                                         By:  */s/ Rory Leisinger*
                                          Rory Leisinger, Esq. (SBN: 277476)
7                                         118 N. Citrus Ave, Suite B
                                          Covina, CA 91723
8                                         Tel: 626-290-2868
9                                         Email: Rory@leisingerlaw.com
                                          Attorneys for Plaintiff
10                                        TERRY PERALES
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28