1  Rory C. Leisinger, Esq. (SBN: 277476)
2  Leisinger Law, LLP
   118 N. Citrus Ave, Suite B
3  Covina, CA 91723
4  Tel: 626-290-2868
   Email: rory@leisingerlaw.com
5  Attorneys for Plaintiff
6  Terry Perales

7
   Thomas F. Landers, Esq. (SBN: 207335)
8  tlanders@swsslaw.com
   Mei-Ying M. Imanaka, Esq. (SBN: 280472)
9  mimanaka@swsslaw.com
   SOLOMON WARD SEIDENWURM & SMITH, LLP
10 401 B Street, Suite 1200
   San Diego, California 92101
11 (t) 619.231.0303
   (f) 619.231.4755
12 Attorneys for Defendant
   Atlantic Credit & Finance, Inc.
13

14

15             **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
16                   **WESTERN DIVISION**

17

18  Terry Perales,                      ) Case No.: 2:16-cv-03437-DSF-AGR
                                         )
19             Plaintiff,                )
                                         ) **RENEWED STIPULATION OF**
20                                       ) **DISMISSAL AND JOINT MOTION**
                                         ) **TO DISMISS ENTIRE ACTION**
21        vs.                            ) **WITH PREJUDICE**
                                         )
22                                       )
                                         )
23                                       )
                                         )
24  Atlantic Credit & Finance, Inc.,     )
                                         )
25                                       )
               Defendant.                )
26                                       )

27

28

1

COMES NOW Plaintiff Terry Perales, by and through his attorney of record, Rory C. Leisinger, and Defendant Atlantic Credit & Finance, Inc., by and through its attorneys of record, Thomas F. Landers, hereby notify the Court that the parties have resolved this matter.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), both Plaintiff and Defendant jointly request this Court dismiss the action with prejudice, both parties to bear his/its own attorneys' fees and costs.

Dated: May 9, 2017                    Respectfully Submitted,

**LEISINGER LAW, LLP**

By:  */s/ Rory Leisinger*
Rory Leisinger, Esq. (SBN: 277476)
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Email: Rory@leisingerlaw.com
Attorneys for Plaintiff

Dated: May 9, 2017                    Respectfully Submitted,

**SOLOMON WARD SEIDENWURM & SMITH LLP**
By:  */s/ Thomas F. Landers*
Thomas F. Landers
Mei-Ying M. Imanaka
Attorneys for Defendant